IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL GRANT DAY**                                                           **PETITIONER**

v.                 **Case No. 4:18-cv-00070-KGB/JTR**

**BILL GILKEY, Sheriff,**
**Yell County, Arkansas**                                            **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 8). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 8). Petitioner Michael Grant Day's petition for writ of habeas corpus is dismissed without prejudice (Dkt. No. 1). The Court declines to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

So ordered this 27th day of June, 2018.

_____
Kristine G. Baker
United States District Judge