# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL GRANT DAY**  PETITIONER

v.  Case No. 4:18-cv-00070-KGB/JTR

**BILL GILKEY, Sheriff,**
**Yell County, Arkansas**  RESPONDENT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Michael Grant Day's petition for writ of habeas corpus is dismissed without prejudice.

So adjudged this the 27th day of June, 2018.

_____
Kristine G. Baker
United States District Court Judge